745 A.2d 1212

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
EDWARD ROBINSON, DEFENDANT–PETITIONER.

November 29, 1999.

Petition for certification is granted, limited solely to issue of whether the trial court should have used fact-specific jury instructions in respect of the identification of defendant.